STATE OF NEW JERSEY v. MICHAEL JOHNSON.

March 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. KEVIN L. NORMAN.

March 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES HARVEY.

March 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. KENNETH LEE.

March 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. SHAHEED SHABBAZ.

March 11, 1986.

Petition for certification denied.